UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DEBORAH KAYE BRANDON, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
|       v. ) | NO. 2:11-0096 |
| ) | Judge Sharp/Knowles |
| DANNY LYNN FORD, ) | **Jury Demand** |
| ) | |
|     Defendant ) | |

### O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on June 20, 2013. The parties and their respective representatives met, negotiated in good faith, but did not agree to a settlement of this case.

The **Clerk** is directed to return this file to Magistrate Judge Knowles.

It is so **ORDERED**.

                                  s/ John S. Bryant
                                  JOHN S. BRYANT
                                  United States Magistrate Judge